DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John S. Meacham, et al., ) | |
| ) | CASE NO. 5:06 CV 2447 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Warren L. Woolford, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned case is remanded for further proceedings before the United States Department of Housing and Urban Development. Case closed, with each party to bear its own costs.

| | |
|---|---|
|  April 9, 2007 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |